Case 2:19-mj-00211-DUTY *SEALED* Document 1-1 *SEALED* Filed 01/25/19 Page 2 of 10
Case 2:19-mj-00211-DUTY Document 3 Filed 03/28/19 Page 1 of 1 Page ID #:69
Page ID #:26
AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 2:19-MJ-00211 | Date and time warrant executed: 4 February 2019 | Copy of warrant and inventory left with: N/A |
| Inventory made in the presence of: SA Bob Thomas | | |
| Inventory of the property taken and name of any person(s) seized: <br><br> No data recovered — device was password protected. <br><br> Computer was not searched. | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 27 March 2019

_____
Executing officer's signature

TFO Bill Velek
_____
Printed name and title